UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| --- | --- | --- |
|  | ) |  |
| v. | ) | ORDER SEALING |
|  | ) | INDICTMENT |
| (1) JOHN DAVID BENNETT, JR. | ) |  |
|  | ) |  |
| _____ | ) |  |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal and this Order and Bill of Indictment and the Warrants be sealed,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment and the Warrants be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED.

Signed: January 20, 2010

_____
David S. Cayer
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants