FILED
CHARLOTTE, NC

JAN 29 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DOCKET NO.: 3:10CR24-C |
| ) | |
| v. ) | **ORDER** |
| ) | |
| (1) JOHN DAVID BENNETT, JR. ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment numbered above and arrest warrant be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment and arrest warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 29 day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE