UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO.: 3:10cr24-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CONSENT ORDER AND** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| JOHN DAVID BENNETT, JR., ) | |
| ) | |
| Defendant. ) | |

BASED UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1.  The following property is forfeited to the United States pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982, and/or 28 U.S.C. § 2461(c):

    **Any and all currency and monetary instruments constituting or derived from proceeds traceable to or property involved in the offenses to which Defendant has pled guilty, including the sum of $405,074.66.** $405,074.66

2.  A forfeiture money judgment in the amount of ~~$475,374.04~~ $405,074.66 shall be included in the sentence of the Defendant, and the United States Department of Justice may take steps to collect the judgment from any property of the Defendant, in accordance with the substitute asset provisions of 21 U.S.C. § 853(p);

    The parties stipulate and agree that the aforementioned judgement amount represents asset(s) derived from or traceable to proceeds of or property involved in Defendant's crime(s) herein and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously

submitted such a claim, Defendant hereby waives all right to do so.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
BENJAMIN BAIN-CREED
Assistant United States Attorney

_____
JOHN DAVID BENNETT, JR.
Defendant

Cecilia Oseguera
for Claire Rauscher
_____
CLAIRE J. RAUSCHER, ESQ.
Attorney for Defendant

_____
CECILIA OSEGUERA, ESQ.
Attorney for Defendant

Signed this the 16th of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2